HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| AAISHA SIDDIQUA MOZUMDER,<br><br>*Plaintiff*<br><br>v.<br>QUEEN'S UNIVERSITY MEDICAL GROUP,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:25-cv-00497-MWJS-RT<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  QUEEN'S UNIVERSITY MEDICAL GROUP,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES H. BROWER, #1980-0
900 FORT STREET, SUITE 1210
HONOLULU, HI 96813
TELEPHONE: 808-526-2688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the First Amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*