**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG           6649-0
ASHLEY C. CHINEN        10704-0
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrjones.com
achinen@marrjones.com

Attorneys for Defendant
QUEEN'S UNIVERSITY MEDICAL GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AAISHA SIDDIQUA MOZUMDER,<br><br>Plaintiff,<br><br>vs.<br><br>QUEEN'S UNIVERSITY MEDICAL GROUP,<br><br>Defendant. | CIVIL NO. CV 25-00497 MWJS-RT<br><br>**JOINT REPORT OF PARTIES' PLANNING MEETING**<br><br>Scheduling Conference:<br>Date: March 5, 2026<br>Time: 9:15 a.m.<br>Judge: Honorable Rom Trader<br><br>No trial date.<br>Judge: Honorable Micah W.J. Smith |

1707005

## JOINT REPORT OF PARTIES' PLANNING MEETING

This Joint Report of Parties' Planning Meeting is submitted jointly on behalf of Plaintiff AAISHA SIDDIQUA MOZUMDER ("Plaintiff") and Defendant QUEEN'S UNIVERSITY MEDICAL GROUP ("Defendant" or "QUMG"), pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and LR26.1 of the Local Rules of the United States District Court for the District of Hawaii.

1. <u>Parties' Planning Meeting</u>.  On February 17, 2026, Michael P. Healy, Esq., counsel for Plaintiff, and Ashley C. Chinen, Esq., counsel for Defendant, conferred via telephone.  The parties discussed their respective claims and defenses, alternative dispute resolution options, initial disclosures, and proposed discovery plan.

2. <u>Initial Disclosures</u>.  The parties agreed to exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) by April 9, 2026.

3. <u>Discovery Plan</u>.  The parties discussed and agreed to the following discovery plan:

    a. The parties agreed that discovery may be conducted on all claims, defenses, and relevant issues, including liability and damages.

    b. The parties agreed that electronically stored information will be produced in hard copy or PDF format.  If, in a particular situation, a party

seeks production of electronically stored information in a different format (*e.g.*, native), the parties agreed that they will endeavor to reach agreement on the issue before seeking intervention from the Court.  Paper or PDF copies of non-electronic files shall be sufficient, with the parties reserving the right to inspect originals on a case-by-case basis.

     c. The parties agreed that they will cooperate in returning to the other party any privileged or trial-preparation material that is inadvertently disclosed or produced.  The parties further agreed that they will cooperate in entering into one or more mutually agreeable stipulated protective orders with respect to documents produced or obtained through discovery, should either party believe such an order is necessary.

     d. The Court should set the discovery deadline, deadline for supplementing disclosures and discovery responses, and dates for exchanging reports of expert witnesses in the ordinary course based on the trial date.

     e. The parties agreed that no changes to the limitations imposed under Rules 30 to 36 of the Federal Rules of Civil Procedure of Hawaii are necessary at this time.  The parties also agreed that if either party later believes that any further changes to the discovery limitations or requirements set forth in court rules are warranted, they will endeavor to cooperatively agree to reasonable changes before seeking intervention from the Court.

  4. <u>Other Items</u>.

    a. The parties agreed that the Court should set the trial date and pre-trial dates and deadlines in the ordinary course or in accordance with the Court's trial calendar availability.

    b. The parties are open to discussing alternative dispute resolution options, including, without limitation, the option of participation in the court's mediation program. The parties are prepared to further discuss options at the Scheduling Conference.

  DATED: Honolulu, Hawaiʻi, February 20, 2026.

                <u>/s/ Michael P. Healy</u>
                CHARLES H. BROWER
                MICHAEL P. HEALY

                Attorneys for Plaintiff
                AAISHA SIDDIQUA MOZUMDER

  DATED: Honolulu, Hawaii, February 20, 2026.

                <u>/s/ Ashley C. Chinen</u>
                SARAH O. WANG
                ASHLEY C. CHINEN

                Attorneys for Defendant
                QUEEN'S UNIVERSITY MEDICAL
                GROUP