CHARLES H. BROWER,  #1980-0
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813
Telephone (808) 526-2688
Facsimile: (808) 526-0307
Email: honolululaw808@gmail.com

MICHAEL P. HEALY,  #4777-0
1188 Bishop Street, Ste 3304
Honolulu, Hawaii 96813
Telephone: (808) 525-8584
Facsimile:  (808) 376-8695
Email: honolululawyer@outlook.com

Attorneys for Plaintiff
AAISHA SIDDIQUA MOZUMDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AAISHA SIDDIQUA MOZUMDER,<br><br>Plaintiff,<br><br>vs.<br><br>QUEEN'S UNIVERSITY MEDICAL GROUP,<br><br>Defendant. | CIVIL NO. 25-00497 MWJS-RT<br><br>PLAINTIFF AAISHA SIDDIQUA MOZUMDER'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><u>Telephonic Scheduling Conference</u>:<br>Date: March 5, 2026<br>Time: 9:15 a.m.<br>Judge: Honorable Rom Trader<br><br>Trial date: None set<br>Judge:  Honorable Micah W. J. Smith |

PLAINTIFF AAISHA SIDDIQUA MOZUMDER'S SCHULING CONFERENCE STATEMENT

Plaintiff AAISHA SIDDIQUA MOZUMDER respectfully submits the following scheduling Conference Statement by and through her attorneys, Charles H. Brower and Michael P. Healy.  Plaintiff files this statement under Rule 16 of the Federal Rules of Civil Procedure and Rule 16.2(b) of the Local Rules (LR) of the United States District Court of the District of Hawaii and the Court's January 15, 2026, Order.  Dkt. 9.

I.      STATEMENT OF THE NATURE OF THE CASE

Plaintiff's case concerns alleged sex discrimination in violation of Title VII of the 1964 Civil Rights Act, as amended, disability discrimination in violation of the Americans with Disabilities Act, as amended, violations of the Pregnant Workers Fairness Act of 2023, and violations of public policy.

II.     STATEMENT OF JURISDICTION

This Court has original subject matter jurisdiction based on 28 U.S.C. § 1332.

The venue is proper under 28 U.S.C. § 1391, as the events that form the basis of this action arose in this district.

III.    JURY TRIAL DEMAND

Plaintiff made a jury trial demand.  Dkt. 1-1.

2

IV. <u>STATEMENT OF DISCLOSURES</u>

On February 17, 2026, the parties held a telephonic planning meeting under Fed. R. Civ. P. 26(a)(1) and LR26.1 between Michael P. Healy, counsel for the Plaintiff, and Ashley C. Chinen, counsel for the Defendant. The parties agreed to exchange initial disclosures by April 9, 2026.

On February 20, 2026, the parties filed a Joint Report of the Conference of the Parties. Dkt. 15.

V. <u>DISCOVERY STATUS</u>

Discovery has not yet commenced.

VI. <u>STATEMENT OF SPECIAL PROCEDURES</u>

None.

VII. <u>STATEMENT ON RELATED CASES</u>

None.

VIII. <u>ADDITIONAL MATTERS</u>

None.

DATED:   Honolulu, Hawaii,  February 26, 2026.

<i><u>/s/ Michael P. Healy</u></i><br>
MICHAEL P. HEALY<br>
CHARLES H. BROWER<br>
Attorneys for Plaintiff<br>
AAISHA SIDDIQUA MOZUMDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AAISHA SIDDIQUA MOZUMDER,<br><br>Plaintiff,<br><br>vs.<br><br>QUEEN'S UNIVERSITY MEDICAL GROUP,<br><br>Defendant. | CIVIL NO. 25-00497 MWJS-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I now certify that a copy of the previous document was duly served upon the following at their last known address via the Court's ECF on the date stated below and addressed as follows:

SARAH O. WANG, ESQ.          swang@marrjones.com
ASHLEY C. CHINEN, ESQ.       achinen@marrjones.com
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813

Attorneys for Defendant
QUEEN'S UNIVERSITY MEDICAL GROUP,

DATED:   Honolulu, Hawaii, February 26, 2026.

                                               */s/ Michael P. Healy*
                                               MICHAEL P. HEALY
                                               CHARLES H. BROWER
                                               Attorneys for Plaintiff
                                               AAISHA SIDDIQUA MOZUMDER